United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 25, 2004**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

No.03-61088
Summary Calendar
_____

BLANCHIE J. THORNTON,

Plaintiff-Appellee,

versus

MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
Civil Docket #3:01-CV-955WS

_____

Before HIGGINBOTHAM, JONES and BARKSDALE, Circuit Judges.

PER CURIAM:*

This court must examine its own appellate jurisdiction
sua sponte, if necessary.  In this case we find no dispositive
order, memorandum opinion, or docket entry from the district court
determining the issue of qualified immunity on the pleadings or on
summary judgment.  Consequently,

It is ORDERED that this appeal is DISMISSED.

_____

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.